(2023-209)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AALIAH HERNANDEZ, ASHLEY HERNANDEZ, ASHLEY HERNANDEZ ANF OF MINOR J.H AND ASHLEY HERNANDEZ ANF OF MINOR S.F. | § § § § § § | CIVIL ACTION NO. _____ |
| VS. | § § § | |
| BENJAMIN SHAW AND RESCOM ENVIRONMENTAL CORPORATION | § § § | JURY DEMANDED |

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants, RESCOM ENVIRONMENTAL CORPORATION and BENJAMIN SHAW, file this Notice of Removal to the United States District Court for the Southern District of Texas (Corpus Christi Division), pursuant to 28 U.S.C. §§1332, 1441, and 1446, based on the following facts, which show that this case is properly removable:

## I.
## PROCEDURAL BACKGROUND

1. On or about August 10, 2023, Plaintiffs, Aaliah Hernandez, Ashley Hernandez, Ashley Hernandez a/n/f of Minor J.H., and Ashley Hernandez a/n/f of Minor S.F., commenced an action in the County Court at Law No. 1 of Nueces County, Texas, Cause No. 2023CCV-61025-1, styled *Aaliah Hernandez, Ashley Hernandez, Ashley Hernandez ANF of Minor J.H. and Ashley Hernandez ANF of Minor S.F.* Plaintiffs allege Defendants are liable to them under a negligence theory for personal injuries they sustained in the subject incident.

2. Plaintiffs are now, and were at the time of removal, and at the time of the filing of the instant lawsuit, citizens of the State of Texas.

3. Defendant Benjamin Shaw is, and was at the time of the removal, and at the time of filing of the instant lawsuit, a citizen of the State of Indiana. Defendant Shaw has never been served with process. Nevertheless, Defendant Shaw is represented by the same law firm that represents Defendant Rescom. Defendant Shaw consents to this removal.

4. Defendant Rescom Environmental Corporation is, and was at the time of the removal, and at the time of filing of the instant lawsuit, a citizen of the State of Michigan. Defendant Rescom properly answered the case on or about November 17, 2023.

5. Defendants' Notice of Removal is timely as it is filed within 30 days of service of Plaintiffs' Original Petition. *See* 28 U.S.C. § 1446(b).

6. At the time suit was filed, and continuing to the present, this Court had, and still has, original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). There is complete diversity of citizenship between Plaintiffs and the Defendants as discussed below. There are no statutory bars against removal to the United States District Court, Southern District of Texas.

7. In addition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* Pet. Page 1.

## II.
## PARTIES

8. Plaintiffs are now, and were at the time of removal and at the time of the filing of the instant lawsuit, citizens of Texas. More specifically, Plaintiffs' live Petition indicates Plaintiffs are citizens of, and are domiciled in, Nueces County, Texas. *See* Pet. Page 2.

9. Defendant, Benjamin Shaw, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a natural person and citizen of another State, that is, Indiana.

10. Defendant, Rescom Environmental Corporation, is now, and was at the time of

removal, and at the time of filing of the instant lawsuit, a business located in another State, that is, Michigan.

### III.
### BASIS FOR REMOVAL: DIVERSITY JURISDICTION

**A. Diversity Jurisdiction Exists.**

11. Removal is proper because this lawsuit involves a controversy between citizens of different states. Specifically, Plaintiffs are now, and were at the time of removal, and at the time of the filing of the instant lawsuit, citizens of Texas.

12. By contrast, Defendant Benjamin Shaw is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a natural person and citizen of Indiana. Additionally, Defendant Rescom Environmental Corporation is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a business located in Michigan.

13. Defendants are represented by the law firm of Hodge, James, Jilpas & Nichols, the undersigned attorneys. All Defendants consent to this removal.

### IV.
### COMPLIANCE WITH REMOVAL PROCEDURES

11. A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

12. Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

    a. Pleadings asserting causes of action (Exhibit A);
    b. All orders signed by the State Judge (Exhibit B);
    c. The state court docket sheet at the time of removal (Exhibit C);
    d. An index of matters being filed (Exhibit D);
    e. A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E);

## PRAYER

For these reasons, Defendants, RESCOM ENVIRONMENTAL CORPORATION and BENJAMIN SHAW, request that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Dated: December 1, 2023.

Respectfully submitted,

HODGE JAMES JILPAS & NICHOLS
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler Ave., Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

*/s/ Bryan D. Nichols*
Anthony B. James
State Bar No. 10537300
Federal I.D. No. 3785
Email: ajames@hodgejames.com
Bryan D. Nichols
State Bar No. 24041592
Federal I.D. No. 1047995
Email: bnichols@hodgejames.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on the 1st day of December, 2023, to all attorneys of record as follows:

Email: mariahozuna@tjhlaw.com
Email: mariahozuna-svc@tjhlaw.com
Mariah A. Ozuna

The Law Office Of Thomas J. Henry
521 Starr Street
Corpus Christi, Texas 78401

***Attorney for Plaintiffs***

*/s/ Bryan D. Nichols*
Bryan D. Nichols