United States District Court
Southern District of Texas
**ENTERED**
May 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AALIAH HERNANDEZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00318 |
| BENJAMIN SHAW, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' "Joint and Agreed Stipulation of Dismissal" (D.E. 23), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on May 6, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE